*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, DEERWESTER, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Sergio JACOBO**
Electrician's Mate Third Class (E-4), U.S. Navy
*Appellant*

**No. 202200048**

_____

Decided: 12 August 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ann K. Minami

Sentence adjudged 20 January 2022 by a general court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 42 months,[1] and a dishonorable discharge.

---

[1] Appellant was credited with 129 days of confinement credit. The convening authority deferred all of the automatic forfeitures from 14 days from the date the sentence was adjudged until the date the entry of judgment was signed by the military judge. All of the automatic forfeitures were waived for a period of six months, with the waiver commencing on the date the entry of judgment was signed by the military judge. The waived forfeitures were directed to be paid to Appellant's spouse.

Opinion of the Court

For Appellant:
*Major Brian L. Farrell, USMCR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.